IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS-EASTERN DIVISION

| | |
|---|---|
| HHT, LLC,<br><br>                Plaintiff,<br><br>     v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A",<br><br>                Defendants. | No. 23-cv-4083<br><br>Hon. Judge Jeffrey I. Cummings |

**PLAINTIFF'S NOTICE OF DISMISSAL
OF CERTAIN DEFENDANTS**

Plaintiff HHT, LLC, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action against the following defendant(s) listed on **Exhibit 1** to this Notice ("Settling Defendant(s)"), with prejudice. Plaintiff is dismissing Settling Defendants because it has reached a full settlement with them, the terms of which have been satisfied.

Settling Defendants have filed neither an answer to the complaint nor a motion for summary judgment as to these claims. Dismissal under Rule 41(a)(1) is therefore appropriate.

                                                                                   Respectfully submitted,

DATED: March 25, 2024                             HHT, LLC

                                                                                     By: /s/ James E. Judge

                                                                                     Zareefa B. Flener (IL Bar No. 6281397)
                                                                                     James E. Judge (IL Bar No. 6243206)
                                                                                     Flener IP Law, LLC
                                                                                     77 W. Washington St., Suite 800
                                                                                     Chicago IL 60602
                                                                                     jjudge@fleneriplaw.com
                                                                                     (312) 724-8874