**Exhibit 1**

| Merchant Name | Def. No. |
|---|---:|
| youfei-xieyun | 146 |
| Li HB Store | 229 |
| Shenzhen Yingchi Supply chain Management Co., LTD | 288 |
| Comigeewa Womens Cloth | 64 |
| Rgogak【24-Hour Service】 | 79 |
| VKEKIEO | 164 |
| Wmkox8yii | 166 |
| VSONTOR Clothing Shop | 167 |
| Mittory Company | 168 |
| SZWZ Technology | 173 |
| Congjing Electronic Commerce Co., Ltd. | 174 |
| SHENGXINY | 175 |
| RnemiTe-amo | 176 |
| VerPetridure | 177 |
| Kokovifyves | 178 |
| Tepsmf | 179 |
| Menrkoo Decoration Shop | 180 |
| G's Clothing Co.,Ltd | 181 |
| Surpdew Decoration Shop | 182 |
| Tiitstoy | 184 |
| iMESTOU | 185 |
| Dealovy Co.Ltd | 187 |
| GUANG ZHOU HE YANG SHI PIN YOU XIAN GONG SI | 190 |
| Ouxkmax | 191 |
| DDgui | 194 |
| Puhuiying | 195 |
| JeashCHAT | 196 |
| Jane | 197 |
| Gyedtr | 200 |
| Beforeyayn | 206 |
| XCX STORE | 209 |
| Good Trylyc | 214 |
| QIAOCAITY | 215 |
| Heshuo Trading Inc | 219 |
| Botrong | 221 |
| YiFudd | 223 |
| GiliGiliso | 226 |
| Mouliraty | 227 |
| Moocorvic | 235 |
| Ycolew Co.ltd | 254 |