# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
### Eastern Division

HHT, LLC,

                      Plaintiff,

v.

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

                      Defendant.

Case No.: 1:23−cv−04083

Honorable Jeffrey I Cummings

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 25, 2024:

    MINUTE entry before the Honorable Jeffrey I Cummings: The 4/1/24 tracking status hearing is stricken and re−set to 5/10/24 at 9:00 a.m. (to track the case only, no appearance is required). Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.